9/26/2019 3:50 PM
19CV42304

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR MULTNOMAH COUNTY

| | |
|---|---|
| WILLIAM STEWART, | ) Case No.: |
| | ) |
| Plaintiff, | ) COMPLAINT AND DEMAND FOR JURY |
| | ) TRIAL |
| vs. | ) |
| | ) (Tort-Motor Vehicle) |
| PARKING ENFORCEMENT SERVICES | ) |
| LLC, dba RETRIEVER TOWING, and | ) (Not Subject to Mandatory Arbitration) |
| SCOTT WALBRUN, | ) |
| | ) Total prayer: $603,000.00 |
| Defendants. | ) Filing fee $560.00 per ORS 21.160(1)(c) |
| | ) |

For his complaint against defendant, William Stewart alleges:

1.

At all material times, Parking Enforcement Services LLC does business as Retriever

Towing (Retriever Towing) and conducts regular, sustained business activity, or has an office for

the transaction of business, or has an agent authorized to receive process in Multnomah County,

Oregon. At all material times, Scott Walbrun is a resident of Multnomah County, Oregon, or a

resident of another state. At all material times, Interstate 205 is a public thoroughfare in

Multnomah County, Oregon.

Page - 1  COMPLAINT AND DEMAND FOR JURY
         TRIAL

Christopher T. Hill, PC
811 S.W. Naito Parkway, Suite 420
Portland, OR 97204
Tel: (503) 227-4330
Fax: (503) 227-3230
Chill@cthlaw.com

Exhibit 1
1 of 16

2.

1
2       At all material times, defendant Scott Walbrun acted within the course and scope of his

3  employment with defendant Retriever Towing.  At all material times, defendant Retriever

4  Towing acted through employees acting within the course and scope of their employment.

3.

5
6       On or about December 14, 2017, defendant Walbrun, driving a 2002 International 4300

7  tow truck for defendant Retriever Towing, VIN ending in 504597, was driving northbound on

8  Interstate 205.  William Stewart was stopped in traffic in his 2007 Toyota Avalon.  Defendant

9  Walbrun crashed into the back of Mr. Stewart's car, shoving it into the vehicle in front of him

10  and injuring him as set forth below.

4.

11
12       The collision in question, and William Stewart's resulting personal injuries, were caused

13  or contributed to by the negligence of defendant Scott Walbrun in one or more of the following

14  particulars:

15      (a)    In failing to keep a proper lookout;

16      (b)    In failing to maintain a reasonable speed for the conditions;

17      (c)    In failing to maintain control over his vehicle;

18      (d)    In following too close in violation of ORS 811.485.

5.

19
20       ORS 811.485 was intended to protect motorists from the kind of harm which happened to

21  Mr. Stewart.

6.

22
23       As a result of defendant Walbrun's negligence, a collision occurred wherein defendant

24  Retriever Towing's truck struck William Stewart's car, shoving it into the vehicle in front of him

25  and injuring Mr. Stewart.  William Stewart sustained injury to the discs, nerves, muscles,

26  tendons, ligaments and or other tissues in neck and back; a concussion, cognitive dysfunction,

Page - 2  COMPLAINT AND DEMAND FOR JURY
        TRIAL

Christopher T. Hill, PC
811 S.W. Naito Parkway, Suite 420
Portland, OR  97204
Tel: (503) 227-4330
Fax: (503) 227-3230
Chill@cthlaw.com

Exhibit 1
2 of 16

1   headaches, and vertigo; nerve damage to his right eye with a fixed dilated pupil, retina damage to

2   his right eye; fibular bone fragment, peroneal tendon inflammation, and ankle swelling,

3   inflammation and weakness; anxiety; numbness in his right hand; contusions to his head, left

4   shoulder, and left thigh; and pain in his head, neck, back, right hand, left leg, left ankle, and left

5   foot.  All of these injuries are either new injuries or aggravations of previously existing

6   conditions.  These injuries have caused William Stewart pain and suffering, emotional distress,

7   impairment to his normal and usual activities, and reduced his quality of life all to his non-

8   economic damages in a reasonable amount up to $475,000.00.

9                                          7.

10       As a further result of the collision caused by defendant Retriever Towing's negligence,

11   William Stewart had to undergo medical treatment and physical therapy for his injuries.  Mr.

12   Stewart incurred medical bills for the reasonable value of necessary medical treatment for the

13   injuries up to $53,000.00.

14                                         8.

15       As a further result of the collision caused by defendant Retriever Towing's negligence,

16   William Stewart is reasonably likely to incur future medical expenses for necessary treatment up

17   to $75,000.00.

18

19

20

21

22

23

24

25

26   ///

Page - 3  COMPLAINT AND DEMAND FOR JURY
         TRIAL

Christopher T. Hill, PC
811 S.W. Naito Parkway, Suite 420
Portland, OR  97204
Tel: (503) 227-4330
Fax: (503) 227-3230
Chill@cthlaw.com

Exhibit 1
3 of 16

1    WHEREFORE, William Stewart prays for a judgment against defendant Retriever

2    Towing:

3        (1) In a reasonable amount up to $475,000.00 for his non-economic damages; and

4        (2) In a reasonable amount up to $128,000.00 for his economic damages; and

5        (3) For his costs and disbursements herein; and

6        (4) For such other relief as the court deems appropriate.

7

8                                Dated this 26th day of September, 2019

9                                            CHRISTOPHER T. HILL, PC

10

11                                            s/ Christopher T. Hill
                                            Christopher T. Hill, OSB 97283
12                                            Attorney for Plaintiff

13   PLAINTIFF HEREBY DEMANDS
     A TRIAL BY JURY
14

15    s/ Christopher T. Hill
     Christopher T. Hill, OSB 97283
16   Attorney for Plaintiff

17

18

19

20

21

22

23

24

25

26

Page - 4  COMPLAINT AND DEMAND FOR JURY
            TRIAL

Christopher T. Hill, PC
811 S.W. Naito Parkway, Suite 420
Portland, OR  97204
Tel: (503) 227-4330
Fax: (503) 227-3230
Chill@cthlaw.com

Exhibit 1
4 of 16

11/7/2019 4:19 PM
19CV42304

1

2

3

4

5

6

7

8

9                    IN THE CIRCUIT COURT OF THE STATE OF OREGON

10                          FOR MULTNOMAH COUNTY

11

12   WILLIAM STEWART,                        Case No.: 19CV42304

13              Plaintiff,                   NOTICE OF INTENT TO APPLY FOR
                                             DEFAULT ORDER
14        vs.

15   PARKING ENFORCEMENT SERVICES,
     LLC, dba RETRIEVER TOWING, and
16   SCOTT WALBRUN

17              Defendants.

18
     Pursuant to ORCP 69B(2), plaintiff hereby provides written notice that he will apply for an order
19   of default against defendant Parking Enforcement Services, LLC on Wednesday, November 21,
     2019.
20
                              Dated this 7th day of November, 2019
21
                                             CHRISTOPHER T. HILL, PC
22

23
                                              s/ Christopher T. Hill
24                                           Christopher T. Hill, OSB 97283
                                             Attorney for Plaintiff
25

26

        Page - 1 NOTICE OF INTENT TO APPLY                    Christopher T. Hill, PC
                 FOR DEFAULT ORDER                       811 S.W. Naito Parkway, Suite 420
                                                              Portland, OR  97204
                                                             Tel: (503) 227-4330
                                                             Fax: (503) 227-3230
                                                             chill@cthlaw.com

Exhibit 1
5 of 16

1

CERTIFICATE OF SERVICE

2

I hereby certify that I served the foregoing NOTICE OF INTENT TO APPLY FOR DEFAULT
ORDER on the attorneys for defendant herein on November 7, 2019, by mailing a true copy

3

thereof to the following:

4

       Tyson L. Calvert
       Lindsay Hart, LLP

5

       1300 SW 5th Ave. Ste. 3400
       Portland, OR  97201-5640

6

           Fax 503-226-7697
              Of Attorneys for Parking Services LLC

7

8

              Dated this 7th day of November, 2019

9

                  CHRISTOPHER T. HILL, PC

10

11

                 s/ Christopher T. Hill

12

                Christopher T. Hill, OSB 97283
                Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page - 2 NOTICE OF INTENT TO APPLY
FOR DEFAULT ORDER

Christopher T. Hill, PC
811 S.W. Naito Parkway, Suite 420
Portland, OR  97204
Tel: (503) 227-4330
Fax: (503) 227-3230
chill@cthlaw.com

Exhibit 1
6 of 16

11/7/2019 4:19 PM
19CV42304

1

2

3

4

5

6

7

8

9                   IN THE CIRCUIT COURT OF THE STATE OF OREGON

10                            FOR MULTNOMAH COUNTY

11

12   WILLIAM STEWART,                     )
                                          )   Case No.: 19CV42304
13            Plaintiff,                   )
                                          )   NOTICE OF INTENT TO APPLY FOR
14       vs.                              )   DEFAULT ORDER
                                          )
15   PARKING ENFORCEMENT SERVICES,        )
     LLC, dba RETRIEVER TOWING, and       )
16   SCOTT WALBRUN,                       )
                                          )
17            Defendant.                   )
     _____ )
18

19   Pursuant to ORCP 69E(3), plaintiff hereby provides written notice that he will apply for an order
     of default against defendant on Wednesday, December, 11 2019.

20                                    Dated this 7th day of November, 2019

21                                            CHRISTOPHER T. HILL, PC

22

23                                             s/ Christopher T. Hill
                                              Christopher T. Hill, OSB 97283
24                                            Attorney for Plaintiff

25

26

Christopher T. Hill, PC
811 S.W. Naito Parkway, Suite 420
Portland, OR  97204
Tel: (503) 227-4330
Fax: (503) 227-3230
chill@cthlaw.com

Exhibit 1
7 of 16

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing NOTICE OF INTENT TO APPLY FOR DEFAULT ORDER together with a copy of the SUMMONS AND COMPLAINT on the insurer and attorneys for defendant herein on November 7, 2019, by mailing a true copy thereof to the following by first class mail and by certified mail return receipt requested:

Tom Weir, Senior Claims Representative
Western National Insurance Group
PO Box 1463
Minneapolis, MN 55440
Certified Mail Return Receipt No. 7015 0920 0002 3316 0546
    Insurer for Defendant

Tyson L. Calvert
Lindsay Hart, LLP
1300 SW 5th Ave. Ste. 3400
Portland, OR 97201-5640
Certified Mail Return Receipt No. 7015 0920 0002 0553
    Of Attorneys for Defendants

Dated this 7th day of November, 2019

CHRISTOPHER T. HILL, PC

 s/ Christopher T. Hill
Christopher T. Hill, OSB 97283
Attorney for Plaintiff

Page - 2 NOTICE OF INTENT TO APPLY
        FOR DEFAULT ORDER

Christopher T. Hill, PC
811 S.W. Naito Parkway, Suite 420
Portland, OR 97204
Tel: (503) 227-4330
Fax: (503) 227-3230
chill@cthlaw.com

Exhibit 1
8 of 16

# IN THE CIRCUIT COURT OF THE STATE OF OREGON
## FOR MULTNOMAH COUNTY

WILLIAM STEWART,                              )    CASE NO. 19CV42304
                                              )
                         Plaintiff,           )
                                              )
           vs.                                )    SUMMONS
                                              )
PARKING ENFORCEMENT SERVICES LLC dba          )
RETRIEVER TOWING, and SCOTT WALBRUN           )
                                              )
                         Defendant,           )
                                              )

TO:    Scott Walbrun, Defendant
       7324 SE Ogden St. Unit A
       Portland, OR  97222

         You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

         You must "appear" in this case or the other side will win automatically.  To "appear" you must file with the court legal paper called a "motion" or "answer."  The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee.  It must be in proper form and have certificate of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

         If you have any questions, you should see an attorney immediately.  If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll free elsewhere in Oregon at (800) 452-7636.

Christopher T. Hill, OSB No. 973283
Of Attorneys for Plaintiff(s)

**Christopher T. Hill, PC**
**811 S.W. Naito Parkway, Suite 420**
**Portland, OR  97204**

STATE OF OREGON, County of Multnomah) ss.
         I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

Of Attorneys of Record For Plaintiff(s)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

Of Attorneys for Plaintiff(s)

1 - Summons

Christopher T. Hill, PC
811 S.W. Naito Parkway, Suite 420
Portland, Oregon  97204
Tel: (503) 227-4330
Fax: (503) 227-3230
Chill@cthlaw.com

Exhibit 1
9 of 16

9/26/2019 3:50 PM
19CV42304

1

2

3

4

5

6

7

8

9          IN THE CIRCUIT COURT OF THE STATE OF OREGON

10          FOR MULTNOMAH COUNTY

11

12   WILLIAM STEWART,                    )   Case No.:
                                         )
13          Plaintiff,                   )   COMPLAINT AND DEMAND FOR JURY
                                         )   TRIAL
14          vs.                          )
                                         )   (Tort-Motor Vehicle)
15   PARKING ENFORCEMENT SERVICES        )
     LLC, dba RETRIEVER TOWING, and      )   (Not Subject to Mandatory Arbitration)
16   SCOTT WALBRUN,                      )
                                         )   Total prayer: $603,000.00
17          Defendants.                  )   Filing fee $560.00 per ORS 21.160(1)(c)
                                         )
18   _____

19   For his complaint against defendant, William Stewart alleges:

20                                          1.

21          At all material times, Parking Enforcement Services LLC does business as Retriever

22   Towing (Retriever Towing) and conducts regular, sustained business activity, or has an office for

23   the transaction of business, or has an agent authorized to receive process in Multnomah County,

24   Oregon.  At all material times, Scott Walbrun is a resident of Multnomah County, Oregon, or a

25   resident of another state.  At all material times, Interstate 205 is a public thoroughfare in

26   Multnomah County, Oregon.

Christopher T. Hill, PC
811 S.W. Naito Parkway, Suite 420
Portland, OR  97204
Tel: (503) 227-4330
Fax: (503) 227-3230
Chill@cthlaw.com

Exhibit 1
10 of 16

2.

At all material times, defendant Scott Walbrun acted within the course and scope of his employment with defendant Retriever Towing.  At all material times, defendant Retriever Towing acted through employees acting within the course and scope of their employment.

3.

On or about December 14, 2017, defendant Walbrun, driving a 2002 International 4300 tow truck for defendant Retriever Towing, VIN ending in 504597, was driving northbound on Interstate 205.  William Stewart was stopped in traffic in his 2007 Toyota Avalon.  Defendant Walbrun crashed into the back of Mr. Stewart's car, shoving it into the vehicle in front of him and injuring him as set forth below.

4.

The collision in question, and William Stewart's resulting personal injuries, were caused or contributed to by the negligence of defendant Scott Walbrun in one or more of the following particulars:

(a)     In failing to keep a proper lookout;

(b)     In failing to maintain a reasonable speed for the conditions;

(c)     In failing to maintain control over his vehicle;

(d)     In following too close in violation of ORS 811.485.

5.

ORS 811.485 was intended to protect motorists from the kind of harm which happened to Mr. Stewart.

6.

As a result of defendant Walbrun's negligence, a collision occurred wherein defendant Retriever Towing's truck struck William Stewart's car, shoving it into the vehicle in front of him and injuring Mr. Stewart.  William Stewart sustained injury to the discs, nerves, muscles, tendons, ligaments and or other tissues in neck and back; a concussion, cognitive dysfunction,

Page - 2  COMPLAINT AND DEMAND FOR JURY
TRIAL

Christopher T. Hill, PC
811 S.W. Naito Parkway, Suite 420
Portland, OR  97204
Tel: (503) 227-4330
Fax: (503) 227-3230
Chill@cthlaw.com

Exhibit 1
11 of 16

1    headaches, and vertigo; nerve damage to his right eye with a fixed dilated pupil, retina damage to

2    his right eye; fibular bone fragment, peroneal tendon inflammation, and ankle swelling,

3    inflammation and weakness; anxiety; numbness in his right hand; contusions to his head, left

4    shoulder, and left thigh; and pain in his head, neck, back, right hand, left leg, left ankle, and left

5    foot.  All of these injuries are either new injuries or aggravations of previously existing

6    conditions.  These injuries have caused William Stewart pain and suffering, emotional distress,

7    impairment to his normal and usual activities, and reduced his quality of life all to his non-

8    economic damages in a reasonable amount up to $475,000.00.

9                                                    7.

10          As a further result of the collision caused by defendant Retriever Towing's negligence,

11   William Stewart had to undergo medical treatment and physical therapy for his injuries.  Mr.

12   Stewart incurred medical bills for the reasonable value of necessary medical treatment for the

13   injuries up to $53,000.00.

14                                                   8.

15          As a further result of the collision caused by defendant Retriever Towing's negligence,

16   William Stewart is reasonably likely to incur future medical expenses for necessary treatment up

17   to $75,000.00.

18

19

20

21

22

23

24

25

26   ///

Page - 3  COMPLAINT AND DEMAND FOR JURY
         TRIAL

Christopher T. Hill, PC
811 S.W. Naito Parkway, Suite 420
Portland, OR  97204
Tel: (503) 227-4330
Fax: (503) 227-3230
Chill@cthlaw.com

Exhibit 1
12 of 16

1    WHEREFORE, William Stewart prays for a judgment against defendant Retriever

2    Towing:

3    (1) In a reasonable amount up to $475,000.00 for his non-economic damages; and

4    (2) In a reasonable amount up to $128,000.00 for his economic damages; and

5    (3) For his costs and disbursements herein; and

6    (4) For such other relief as the court deems appropriate.

7

8                                    Dated this 26th day of September, 2019

9                                    CHRISTOPHER T. HILL, PC

10

11                                    s/ Christopher T. Hill
                                    Christopher T. Hill, OSB 97283
12                                    Attorney for Plaintiff

13   PLAINTIFF HEREBY DEMANDS
     A TRIAL BY JURY
14

15    s/ Christopher T. Hill
16   Christopher T. Hill, OSB 97283
     Attorney for Plaintiff
17

18

19

20

21

22

23

24

25

26

Page - 4  COMPLAINT AND DEMAND FOR JURY
          TRIAL

Christopher T. Hill, PC
811 S.W. Naito Parkway, Suite 420
Portland, OR  97204
Tel: (503) 227-4330
Fax: (503) 227-3230
Chill@cthlaw.com

Exhibit 1
13 of 16

11/20/2019 3:49 PM
19CV42304

## IN THE CIRCUIT COURT OF THE STATE OF OREGON

### FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| **WILLIAM STEWART,** | **Case No. 19CV42304** |
| **Plaintiff,** | **PROOF OF SERVICE** |
| **vs.** | |
| **PARKING ENFORCEMENT SERVICES LLC,** | |
| **Defendants.** | |

STATE OF OREGON, County of _Multnomah____ ) ss.

    I hereby certify that I made service of the foregoing summons upon the individuals and other legal entities to be served, named below, by delivering or leaving true copies of the summons and the complaint mentioned therein, certified to be such by the same attorney for the Plaintiff, as follows:

### Service on Corporations, Limited Partnerships or Unincorporated Associations
### Subject to Suit Under a Common Name

Upon PARKING ENFORCEMENT SERIVCES LLC, by

    (a) delivering such true copy, personally and in person, to _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ who is the Registered Agent, thereof at, _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ , on _ _ _ _ _ _ _ _ _ _ _ _ _ , at _ _ _ _ _ _ o=clock _ _ _.M.

    OR

    (b) leaving such true copy with _Melissa Pedersen_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ , the person who is apparently in charge of the office of _Jordan Ramis PC_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ , who is the Registered Agent thereof at, _2 Centerpointe Dr. 6th Floor_ _ _ _ Lake Oswego, OR 97035, on _10/03/2019_ _ _, at _3:29_ _ o=clock _P_ _.M.

I further certify that I am a competent person 18 years of age or older and a resident of the state of service or the State of Oregon, and that I am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; that the person, firm or corporation served by me is the identical person, firm or corporation named in the action.

Dated _October 3, 2019_ _ _ _ _ _ _ _ _ _ _

_Richard W. Bender_ _ _ _ _ _ _ _ _
SIGNATURE
Richard W. Bender
P.O. Box 5817
Salem, OR 97301
503-370-4100

RECEIVED OCT 0 7 2019

*Where substituted or office service is used, the Plaintiff, as soon as reasonably possible, shall cause to be mailed, by first class mail, a

**Exhibit 1**
**14 of 16**

true copy of the summons and the complaint to the defendant at defendant=s dwelling house or usual place of abode, together with a statement of the date, time and place at which such service was made.

**Service by mail may be made when required or allowed by ORCP 7 or by statute, except as otherwise permitted. If the summons and complaint are mailed, this certification may be made either by the person completing the mailing or by the attorney for any party, stating the circumstances of mailing and including the return receipt as an attachment. An attorney completing the mailing should delete A, nor attorney for@ from the last paragraph of this document. Failure to serve a summons in accordance with ORCP 7 and other applicable rules and statutes may affect or nullify the validity of such service.

Exhibit 1
15 of 16

## IN THE CIRCUIT COURT OF THE STATE OF OREGON
### FOR MULTNOMAH COUNTY

| | | |
|---|---|---|
| WILLIAM STEWART, | ) | CASE NO. 19CV42304 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | SUMMONS |
| | ) | |
| PARKING ENFORCEMENT SERVICES LLC dba | ) | |
| RETRIEVER TOWING, and SCOTT WALBRUN | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

TO:    **Parking Enforcement Services LLC, c/o**
         **Jordan Ramis PC, Registered Agent**
         **2 Centerpointe Dr. 6th Floor**
         **Lake Oswego, OR 97035**

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll free elsewhere in Oregon at (800) 452-7636.

Christopher T. Hill, OSB No. 91283
Of Attorneys for Plaintiff(s)

**Christopher T. Hill, PC**
**811 S.W. Naito Parkway, Suite 420**
**Portland, OR 97204**

STATE OF OREGON, County of Multnomah) ss.

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

Of Attorneys of Record For Plaintiff(s)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

Of Attorneys for Plaintiff(s)

1 - Summons

**Christopher T. Hill, PC**
811 S.W. Naito Parkway, Suite 420
Portland, Oregon 97204
Tel: (503) 227-4330
Fax: (503) 227-3230
Chill@cthlaw.com

**Exhibit 1**
**16 of 16**